# United States District Court

NORTHERN DISTRICT OF
TEXAS 1100 COMMERCE ST.,
RM. 1572
DALLAS, TEXAS 75242

CHAMBERS OF
**SENIOR JUDGE BARBARA M. G. LYNN**

TELEPHONE (214) 753-2420

July 25, 2024

Re: 3:18-cv-01746-M, Cummings v. Neighborhood Assistance Corporation of America

Dear Ms. Lubin:

The Court has received your email communicating Plaintiff's reiteration of her request for live interpreters to be present at the bench trial beginning on July 29, 2024. The Court is not in a position to reschedule the trial to a later date. Understanding Plaintiff's concerns, the Court will continue to look for live interpreters who are available on the days the trial is scheduled. However, if the Court cannot secure live interpreters for this trial, the trial will proceed as scheduled with virtual interpreters. We have spoken to our IT department and they will ensure that the courtroom is set up in a manner that will maximize Plaintiff's ability to see the interpreter and allow Plaintiff to participate fully in the proceedings. We will see you and Ms. Cummings on Monday at 8:30a.m.

Sincerely,

_/s/ Barbara M. G. Lynn_
Barbara M. G. Lynn
Senior United States District Judge

BMGL/ala

cc: Mr. Hymer